**SO ORDERED,**



*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
### Northern District of Mississippi

IN THE MATTER OF:  
**CALVIN  MCDONALD**

CASE NO.: 26-10791-SDM

### ORDER UPON DEBTOR DIRECTING PAYMENTS TO TRUSTEE

**IT APPEARING TO THE COURT** that there is now pending a certain Chapter 13 Proceeding in which the above-named **DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's** principal income is from wages, salary, or commissions; and that the **DEBTOR** is **paying personally** and is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR.**

**IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's** plan; that the **DEBTOR** is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to creditors.

**IT IS ORDERED THAT** until further notice of this Court, the above-named **DEBTOR** is required to pay from the **DEBTOR's** earnings and pay over to:

| PAYMENTS ONLY | ALL OTHER CORRESPONDENCE |
|---|---|
| Todd S. Johns | Todd S. Johns |
| Standing Chapter 13 Trustee | Standing Chapter 13 Trustee |
| P. O. BOX 1985 | P. O. BOX 1326 |
| MEMPHIS, TN 38101-1985 | BRANDON, MS 39043-1326 |

the sum of  $2,149.00  MONTHLY  .

**DATED AT** Aberdeen, MS on **03/10/2026**

THOMAS C ROLLINS, JR  
P O BOX 13767  
JACKSON, MS 39236

SUBMITTTED BY;  
/s/ Todd S. Johns, Standing Chapter 13 Trustee  
MSB# 9587  
P. O. Box 1326, BRANDON, MS 390431326  
601-825-7633; trustee.johns@ch13mstrustee.com

CALVIN  MCDONALD  
83 WESTRIDGE DRIVE  
LOUISVILLE, MS 39339