# United States Bankruptcy Court
## Northern District of Mississippi

In re   **Calvin McDonald**                                          Case No.   **26-10791**
                                            Debtor(s)               Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **May  4, 2026**                          **/s/ Calvin McDonald**
                                                  **Calvin McDonald**
                                                  Signature of Debtor

1st Franklin
2688 N Church Avenue
Louisville, MS 39339


Avant
222 N Lasalle St
Suite 1600
Chicago, IL 60601


Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


CashNet USA
175 W Jackson
Ste 1000
Chicago, IL 60604


Comenity Capital Bank
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218


Continental Finance
Attn: Bankruptcy
4550 New Linden
Hill Rd
Wilmington, DE 19808


Credit One Bank
Attn: Bankruptcy Dept
6801 Cimarron Rd
Las Vegas, NV 89113


Fortiva
Attn: Bankruptcy
P.O. Box 105555
Atlanta, GA 30348


Genesis FS Card Serv
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076

Ginny's
P.O. Box 2825
Monroe, WI 53566


Global Lending Serv
Attn: Bankruptcy
Po Box 10437
Greenville, SC 29603


Hyundai Motor Finance
Attn: Bankruptcy
P.O. Box 20829
Fountain Valley, CA 92728


Mariner Finance
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236


Midnight Velvet
Attn: Bankruptcy
1112 7th Avenue
Monroe, WI 53566


Mission Lane Tab Bank
Po Box 105286
Atlanta, GA 30348


Mitchell Dental Clinic***
1171 West Main St
Ackerman, MS 39735-9049


Personify Financial
Attn: Bankruptcy Dept
Po Box 208417
Dallas, TX 92150


Plusfinance
Attn: Bankruptcy
P.O.Box 9203
Old Bethpage, NY 11804